* The Honorable Miriam Goldman Cedarbaum, United States District Judge, Southern Dis-

Branch of the State of Connecticut ("Judicial Branch") and dismissed Alabre's claims of intentional infliction of emotional distress and employment discrimination pursuant to Title VII, 42 U.S.C. § 1983, the Fourteenth Amendment of the Constitution and Connecticut law. We assume the parties' familiarity with the underlying facts, procedural history and issues on appeal.

We AFFIRM for substantially the same the reasons stated by the district court in its thoughtful opinion.

**CSI INVESTMENT PARTNERS II, L.P., a Delaware limited partnership, CIS Acquisition Partners, L.P., a Delaware limited partnership, Canterbury Mezzanine Capital, L.P., a Delaware limited partnership, David C. Thompson, M. Gerard Keehan, Vineet Pruthi, Donald J. Shea, James M. Rothe, Michael Cossel, John J. Adams, Robert E. Richardson, Marilyn Schwartz, Charles Caudle, Plaintiffs–Counterclaimants–Defendants–Appellees–Cross–Appellants,**

v.

**CENDANT CORPORATION, a Delaware Corporation, Defendant–Counterclaimant–Appellant–Cross–Appellee,**

trict of New York, sitting by designation.

**Cosmo Corigliano, Henry Silverman, Samuel Katz, Defendants–Cross–Appellees,**

**Amy Lipton, Does 1 through 100, inclusive, Defendants.**

Nos. 08–2700–cv, 08–2720.

United States Court of Appeals, Second Circuit.

July 1, 2009.

Jonathan Rosenberg, (B. Andrew Bednark, Mark Germann, Jacqueline Roeder, on the brief), O'Melveny & Myers LLP, New York, NY, for Defendants–Appellants.

Sean F. O'Shea, (Michael E. Petrella, on the brief), O'Shea Partners LLP, New York, NY, for Plaintiffs–Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, B.D. PARKER, Circuit Judge, and NICHOLAS TSOUCALAS,* Judge, U.S. Court of International Trade.

### SUMMARY ORDER

Cendant Corporation appeals from the judgment entered by the United States District Court for the Southern District of New York on May 16, 2008, encompassing, *inter alia*, the district court's order of May 15, 2008, the order denying reconsideration entered May 7, 2008, and the opinion entered September 7, 2007, 507 F.Supp.2d

* The Honorable Nicholas Tsoucalas, Senior Judge of the United States Court of Interna-

384. The May 16 order of the district court is affirmed for substantially the reasons stated in the opinion of September 7, 2007 and the other orders of District Judge Batts.

The judgment of the district court is AFFIRMED.